1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

PACIFIC ELEMENTS, LLC,

               Plaintiff,

      v.

INTERFACE PROTEIN TECHNOLOGY,
INC.,

               Defendant.

**Case No. 1:16-cv-01247-LJO-EPG**

**ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS IN FULL**

(ECF No. 20)

      Plaintiff Pacific Elements, LLC filed this action on August 23, 2016. (ECF No. 1.) On October 21, 2016, Plaintiff filed a Motion for Default Judgment against Defendant Interface Protein Technology, Inc. (ECF No. 8.) On January 19, 2017, the Magistrate Judge issued Findings and Recommendations recommending that Defendants' motion be granted. (ECF No. 20.) The Findings and Recommendations were served on Defendant with instructions that any objections must be filed within fourteen days. Plaintiff did not file any objections.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis. Accordingly,

IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 20), are ADOPTED IN FULL;

2. Defendant's responsive pleadings (ECF Nos. 9, 15, 16) are STRICKEN;

3. Plaintiff's Motion for Default Judgment (ECF No. 8) is GRANTED;

4. Plaintiff's request for attorneys' fees and costs against Defendant is GRANTED; and,

5. Plaintiff is awarded $114,944.50 in damages, $3,310.40 in interest, $2,100 in attorneys' fees, and $125 in costs, for a total sum of $120,479.90.

IT IS SO ORDERED.

Dated:   **February 8, 2017**          **/s/ Lawrence J. O'Neill**
                              UNITED STATES CHIEF DISTRICT JUDGE

2